DORMINEY *et al. v.* MOORE *et al.*

ATKINSON, J. The refusal of a judge to grant an ad interim restraining order in advance of the time set for a hearing of an application for a temporary injunction is not reviewable. *Ivey* v. *City of Rome*, 126 *Ga.* 806 (55 S. E. 1034).

*Writ of error dismissed. All the Justices concur.*
OCTOBER 13, 1915.

Petition for injunction; from Berrien superior court.
*Hendricks, Mills & Hendricks,* for plaintiffs.
*Ira S. Clary* and *W. D. Buie,* for defendants.